**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

BARBARA A. BAKER, *on behalf of herself and all others similarly situated,*

_____
Plaintiff

v.

7-ELEVEN INC.,
_____
*Defendant*

§
§
§
§
§
§
§
§
§

Case No. 3:25-CV-01609-X

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Seyfarth Shaw LLP _____, with offices at

233 S. Wacker Drive, Suite 8000 _____
(Street Address)

Chicago _____  IL _____  60606 _____
(City)                            (State)         (Zip Code)

312-460-5000 _____  312-460-7000 _____
(Telephone No.)                        (Fax No.)

**II.**    Applicant will sign all filings with the name Sam Schwartz-Fenwick _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

7-ELEVEN INC.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Illinois_____, where Applicant regularly practices law.

Bar license number: _6287340_    Admission date: _11/10/2005_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                 Active or Inactive:

_See Attached Ex. A_    _____    _____

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

 N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

 N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

 N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

 None

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

 Erin A. Murray - Seyfarth Shaw LLP                                                          , who has offices at

 2323 Ross Ave., Suite 1660
(Street Address)

 Dallas                                        Texas                    75201
(City)                                         (State)                  (Zip Code)

 469-608-6700
(Telephone No.)                                (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the     27     day of February                        , 2026     .

 Sam Schwartz-Fenwick
Printed Name of Applicant

 /s/ Sam Schwartz-Fenwick
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## EXHIBIT A

## BAR ADMISSIONS FOR SAMUEL SCHWARTZ-FENWICK

Sam Schwartz-Fenwick affirms that he is a member in good standing of the following bars, with dates of admission and attorney identification numbers, if any:

| State | Admission Date | Attorney ID No. |
|---|---|---|
| Supreme Court of Illinois | 11/10/2005 | 6287340 |
| **Federal – District Courts** | **Admission Date** | **Attorney ID No.** |
| U.S. District Court for the Northern District of Illinois | 1/12/2006 | 6287340 |
| U.S. District Court for the Western District of Wisconsin | 5/27/2009 | |
| U.S. District Court for the Eastern District of Wisconsin | 3/4/2010 | |
| U.S. District Court for the Western District of Michigan | 10/18/2013 | |
| U.S. District Court for the Eastern District of Michigan | 12/10/2013 | |
| U.S. District Court for the Northern District of Florida | 2/26/2014 | |
| U.S. District Court for the Southern District of Indiana | 4/23/2019 | |
| U.S. District Court of Colorado | 10/19/2022 | |
| **Federal – Appellate Courts** | **Admission Date** | **Attorney ID No.** |
| U.S. Court of Appeals for the Second Circuit | 1/29/2025 | |
| U.S. Court of Appeals for the Third Circuit | 9/20/2022 | |
| U.S. Court of Appeals for the Seventh Circuit | 8/29/2008 | |
| U.S. Court of Appeals for the Ninth Circuit | 7/29/2025 | |
| U.S. Court of Appeals for the Eleventh Circuit | 7/1/2015 | |

# Exhibit B

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Samuel Michael Schwartz-Fenwick

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 26th day of February, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois