**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Barbara A. Baker | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | §    Case No. 3:25-cv-01609 |
| | § |
| | § |
| 7-Eleven Inc. | § |
| *Defendant* | § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Seyfarth Shaw LLP                                                    , with offices at

233 S. Wacker Dr., Suite 8000
(Street Address)

Chicago                                         IL                 60606
(City)                                          (State)            (Zip Code)

312-460-5721                                    312-460-7721
(Telephone No.)                                 (Fax No.)

**II.**     Applicant will sign all filings with the name Thomas M. Horan                          .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Defendant, 7-Eleven Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**      Applicant is a member in good standing of the bar of the highest court of the state of

_____Illinois_____, where Applicant regularly practices law.

Bar license number: 6324075          Admission date: November 30, 2016

> For Court Use Only.
> Bar Status Verified:
> _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| Northern District of Illinois | November 30, 2016 | Active |
| Eastern District of Michigan | October 28, 2019 | Active |
| Eastern District of Wisconsin | August 20, 2020 | Active |
| (see attached) | | |

**VI.**      Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**      Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:

Case No. And Style:

N/A

N/A

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Erin  A. Murray, Seyfarth Shaw LLP                                                                 , who has offices at

2323 Ross Avenue, Suite 1660
(Street Address)

Dallas                                                              TX                        75201
(City)                                                               (State)                  (Zip Code)

469-608-6769
(Telephone No.)                                                     (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

☑    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ____2nd day of                    March    , 2026    .

Thomas M. Horan
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## THOMAS M. HORAN
## <u>COURT ADMISSIONS</u>

| COURT ADMISSIONS | |
|---|---|
| Supreme Court of Illinois | Admitted 11/30/2016 |
| U.S.D.C. for the Northern District of Illinois | Admitted 12/07/2016 |
| U.S.D.C. for the Eastern District of Michigan | Admitted 10/28/2019 |
| U.S.D.C. for the Eastern District of Wisconsin | Admitted 08/20/2020 |
| U.S.D.C. District of Minnesota | Admitted 04/06/2020 |
| U.S. Court of Appeals for the Fifth Circuit | Admitted 12/17/2021 |
| U.S. District Court for the Central District of Illinois | Admitted 05/10/2022 |
| U.S. District Court for the Southern District of Indiana | Admitted 01/04/2023 |
| U.S. District Court for the Northern District of Indiana | Admitted 04/19/2024 |
| U.S. Court of Appeals for the Fourth Circuit | Admitted 12/03/2025 |