**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**



| | | |
|---|---|---|
| BARBARA A. BAKER *on behalf of herself and all others similarly situated*, | § § § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 3:25-cv-01609-X |
| 7-ELEVEN INC., | § § | |
| Defendant. | § § § | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

1. On September 26, 2024, Plaintiff filed its Complaint with this Court. [*See* Dkt. 1].

2. Defendant filed a Motion to Dismiss Plaintiff's Complaint on July 16, 2025 [Dkt. 44], which was denied by Court Order on February 19, 2026. [Dkt. 70]

3. Defendant's deadline to answer Plaintiff's Complaint is March 5, 2026.

4. Defendant recently retained new lead counsel to represent it in this matter. Counsel is working diligently to get up to speed on the litigation and would benefit from additional time to fully respond to the allegations in the Complaint.

5. Given the foregoing, Defendant respectfully requests a forty-five (45) day extension of time to answer Plaintiff's Complaint, through and including April 20.

6. Counsel for Defendant conferred with counsel for Plaintiff as required by Local Civil Rule 7.1(a) on February 25, 2026. Plaintiff's counsel stated that Plaintiff does not oppose an extension of time for Defendant to file its Answer.

7. No other deadlines will be impacted by the relief requested in this Motion.

8. This motion is made in good faith and not for the purpose of any delay, and no prejudice will result to Plaintiffs if this motion is granted.

WHEREFORE, Defendant hereby requests a forty-five (45) day extension of time until April 20, 2026 to file its Answer to the Complaint. A Proposed Order is attached.

DATED: March 2, 2026

Respectfully submitted,

BY: */s/ Erin A. Murray*

Erin A. Murray
Texas Bar No. 24109538
emurray@seyfarth.com
**SEYFARTH SHAW LLP**
2323 Ross Ave.
Suite 1660
Dallas, TX 75201

Samuel Schwartz-Fenwick *(Pro Hac Vice Admission Pending)*
sschwartz-fenwick@seyfarth.com
Thomas M. Horan *(Pro Hac Vice Admission Pending)*
thoran@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL  60606
Telephone: (312) 460-5000
Facsimile:  (312) 460-7000

*Attorneys for Defendant 7-Eleven, Inc.*

323888980v.1

**CERTIFICATE OF CONFERENCE**

I hereby certify that Defendant's counsel conferred with Plaintiff's counsel on February 27, 2026 regarding this Motion and the Motion is unopposed.

*Erin A. Murray*
ERIN A. MURRAY

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 2, 2026, I caused the foregoing "Defendant's Unopposed Motion for Extension of Time to Answer " to be filed electronically with the Clerk of the Court using the Court's Electronic Case Filing System, which will send notification of such filing to all counsel of record.

*Erin A. Murray*
ERIN A. MURRAY

323888980v.1