UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA A. BAKER, on behalf of herself and all others similarly situated, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:25-CV-01609-X |
| v. | § § § | |
| 7-ELEVEN, INC., | § | |
| *Defendant.* | | |

**JOINT PROPOSAL FOR CONTENTS
OF SCHEDULING AND DISCOVERY ORDER**

| | |
|---|---|
| Proposed Date to Complete Discovery | **April 1, 2027** |
| Proposed Trial Date, including the number of trial days and whether a jury has been demanded | **September 14, 2027** <br> **Three (3) Days** <br> **Bench** |
| Proposed Motion Deadline | **July 15, 2027** |
| Proposed Deadline to file motions for leave to join other parties | **April 30, 2026** |
| Proposed Deadline to file motions for leave to amend the pleadings | **May 15, 2026** |
| Proposed Deadline to Designate Expert Witnesses (including rebuttal experts) | **March 17, 2027** |
| Proposed Deadline to commence settlement negotiations | **April 15, 2026** |

1. Status report explaining progress made at the meeting and present status of settlement negotiations: **The Parties met and conferred on Tuesday, March 3, 2026. The Parties agree that settlement discussions may be**

**productive during the pendency of the case, and Plaintiff will submit a settlement demand when Defendant provides the relevant information regarding Plan participants.**

2. Advisability of referring the case for mediation: **While referral of the case for mediation may be appropriate during the pendency of the case, the Parties agree to engage in initial discovery for the time being.**

3. Do the parties consent to trial (jury or non-jury) before a United States Magistrate Judge?[1] **No, the Parties do not consent to a trial before the U.S. Magistrate**.

4. Proposed plan and schedule for discovery: **The Parties will exchange initial disclosures on or before April 1, 2026, and will complete all fact discovery by April 1, 2027.**

5. Proposed limitations on discovery, if any: **The Parties agree to limit written discovery to 25 interrogatories, 25 requests for production of documents, and 15 requests for admissions. The Parties agree to limit depositions to ten (10) per side.**

6. Other proposals regarding scheduling and discovery that the parties believe will facilitate expeditious and orderly preparation for trial, including the parties' positions on a consolidated discovery schedule: **The Parties plan to submit an agreed-upon proposed protective order, and an ESI order if necessary, prior to the service of responsive documents. The**

---

[1] Before responding to this question, counsels are directed to carefully review the provisions of 28 U.S.C. § 636(c) and, specifically, section 636(c)(3).

**Parties are open to an agreed consolidated discovery order that controls written discovery and depositions, including expert depositions.**

7. Are the parties considering mediation or arbitration to resolve this litigation, and if not, why not?[2] **The Parties agree that mediation may be productive during the pendency of the case. Due to the novel and complex nature of the issues in this case and the need for formal discovery, the Parties do not agree to arbitrate.**

8. Other matters relevant to the status and disposition of this case: **None.**

Dated: March 24, 2026                    Respectfully submitted,

                                         */s/ Oren Faircloth*
                                         Oren Faircloth (*pro hac vice*)
                                         SIRI & GLIMSTAD LLP
                                         100 Pearl Street,
                                         14th Floor - #16946876
                                         Hartford, CT 06103
                                         Telephone: (929) 677-5181
                                         Facsimile: 646-417-5967
                                         Email: ofaircloth@sirillp.com

                                         Joe Kendall (Texas Bar No. 11260700)
                                         KENDALL LAW GROUP, PLLC
                                         3811 Turtle Creek Blvd., Suite 825
                                         Dallas, Texas 75219
                                         Telephone: (214) 744-3000
                                         Email: jkendall@kendalllawgroup.com

                                         *Attorneys for Plaintiff and the
                                         Proposed Class*

---

[2] The Court encourages the early use of mediation or arbitration.

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2026, I caused to be filed a true and correct copy of the foregoing document with the clerk of court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Oren Faircloth*
Oren Faircloth, Esq.

4