**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| BARBARA A. BAKER on behalf of herself and all others similarly situated,<br><br>      **Plaintiff,**<br><br>  V.<br><br>7-ELEVEN, INC.,<br><br>      **Defendant.** | **Civil Action No.:** 3:25-cv-01609-BS |

## JOIN MOTION TO TEMPORARILY STAY THE PROCEEDINGS FOR SIXTY DAYS

Plaintiff Barbara A. Baker ("Plaintiff") and Defendant 7-Eleven, Inc. ("7-Eleven") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Joint Motion to Temporarily Stay Proceedings up to and including Monday, July 6, 2026, to allow the Parties to engage in settlement discussions.  In support of this temporary stay of the proceedings, the Parties respectfully submit:

1.      The above-captioned lawsuit was filed on September 26, 2024, in the United States District Court for the Western District of Pennsylvania. ECF No. 1.

2.      On May 21, 2025, the Western District of Pennsylvania granted Defendant's Motion to Transfer Venue under 28 U.S.C. § 1404(a), and the case was transferred to this Court. ECF No. 29.

3.      On July 16, 2025, Defendant moved to dismiss for failure to state a claim. ECF No. 44. The Court denied Defendant's Motion to Dismiss by Memorandum Opinion and Order on February 19, 2026. ECF No. 70. Defendant filed its Answer on April 20, 2026. ECF No. 82.

4.      On March 26, 2026, the Court entered a Scheduling Order setting a bench trial on the Court's two-week docket beginning July 19, 2027, with fact discovery due by January 18, 2027, and expert discovery due by February 22, 2027. ECF No. 81.

5.      Since the denial of the Motion to Dismiss and the filing of the Answer, the Parties have conferred and agreed that it is in the best interest of Plaintiff and Defendant to engage in early efforts at case resolution. The Parties believe that a temporary stay will facilitate productive settlement discussions.

6.      To allow the Parties to pursue these settlement discussions and participate in a mediation, the Parties respectfully request that all proceedings be stayed for a period of 60 days, up to and including July 6, 2026. The deadlines to be stayed include the deadlines set forth in the Court's Scheduling Order (ECF No. 81), including but not limited to the deadlines for initial disclosures, joinder of parties, amended pleadings, and discovery.

7.      This motion is made in good faith, without purpose of delay. No Party will be prejudiced by, and the interest of judicial economy will be served, in granting this Motion to Temporarily Stay the Proceedings.

WHEREFORE, the Parties request that the Court grant this Motion and stay all proceedings and deadlines for a sixty-day period, with the Parties to report to the Court regarding the status of their settlement discussions by no later than July 6, 2026.

This 6th day of May 2026.                    Respectfully submitted,

/s/ *Oren Faircloth*
Oren Faircloth (pro hac vice)
**SIRI & GLIMSTAD LLP**
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Tel: (929) 677-5181
Email: ofaircloth@sirillp.com

2

Joe Kendall (Texas Bar No. 11260700)
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Tel: (214) 744-3000
jkendall@kendalllawgroup.com

*Attorneys for Plaintiff and the Proposed Class*

-    AND   -

By: */s/ Samuel M. Schwartz-Fenwick*
Samuel M. Schwartz-Fenwick
Illinois State Bar No. 6287340
sschwartz-fenwick@seyfarth.com
Thomas Horan
Illinois State Bar No. 6324075
thoran@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606

Erin Murray
Texas State Bar No. 24109538
emurray@seyfarth.com
**SEYFARTH SHAW LLP**
2323 Ross Ave., Suite 1660
Dallas, TX 75201

Eric A. Welter, Esq. (State Bar No. 24054612)
**WELTER LAW FIRM, P.C.**
20131 Lakeview Center Plaza, Suite 400
Ashburn, VA 20147
Tel: (703) 435-8500
Fax: (703) 435-8851
eaw@welterlaw.com

Amy M. Stewart, Esq. (State Bar No. 24060660)
**STEWART LAW GROUP**
1722 Routh Street, Suite 745
Dallas, Texas 75201
Tel: (469) 607-2311
astewart@stewartlawgrp.com

*Attorneys for Defendant 7-Eleven, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, a true and correct copy of the foregoing document was filed using the CM/ECF system which sends notification of such filing and service to all counsel of record.

/s/ *Oren Faircloth*