**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| BARBARA A. BAKER *on behalf of herself and all others similarly situated,* | Civil Action No.: 3:25-cv-01609-X |
| Plaintiff | JUDGE BRANTLEY STARR |
| v. | |
| 7-ELEVEN, INC., | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff respectfully moves for leave to withdraw Scott M. Haskins as attorney of record for Plaintiff Barbara A. Baker and the proposed class in this matter, and states as follows:

1. Plaintiff is represented in this action by undersigned counsel from SIRI & GLIMSTAD LLP who will continue to represent Plaintiff and the proposed class in this matter.

2. Mr. Haskins is no longer affiliated with SIRI & GLIMSTAD LLP.

3. Plaintiff and the proposed class will continue to be represented in this matter by undersigned counsel (Oren Faircloth of SIRI & GLIMSTAD LLP) along with Joe Kendall of Kendall Law Group, both of whom remain attorneys of record in this matter.

WHEREFORE, Plaintiff respectfully requests that this Court permit the withdrawal of Scott M. Haskins as counsel of record and remove him from the docket in this matter.

Dated: June 24, 2026

 */s/ Oren Faircloth*
Oren Faircloth
**SIRI & GLIMSTAD, LLP**
100 Pearl Street, 14th Floor – #16946876
Hartford, CT 06103
Telephone: (929) 677-5181
Email: ofaircloth@sirillp.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2026, I electronically filed a true and correct copy of the foregoing documents with the clerk of court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Oren Faircloth*
Oren Faircloth, Esq.