**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| BARBARA A. BAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN INC.<br><br>Defendant. | Civil Action No.: 3:25-cv-01609-X |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Barbara A. Baker, by and through undersigned counsel, on behalf of herself and the Settlement Class, respectfully moves this Court for an Order, in substantially the form of the proposed Preliminary Approval Order submitted herewith, granting preliminary approval of the Parties' Class Action Settlement Agreement, preliminarily certifying the Settlement Class, appointing Plaintiff as Class Representative, appointing Siri & Glimstad LLP as Class Counsel, approving the proposed Settlement Notice, and setting a Final Approval Hearing.

In support of this Motion, Plaintiff relies on the Memorandum in Support filed herewith, the Declaration of Oren Faircloth, Esq., the Settlement Agreement, and all exhibits attached thereto.

Dated: October 13, 2026

**SIRI & GLIMSTAD LLP**

/s/ *Oren Faircloth*
Oren Faircloth *(pro hac vice)*
William H. Payne, IV (*pro hac vice*)
100 Pearl Street, 14th Floor - #16946876
Hartford, CT 06103
Tel: (929) 677-5181
E: ofaircloth@sirillp.com
E: wpayne@sirillp.com

*Attorneys for Plaintiff*

**KENDALL LAW GROUP, PLLC**

Joe Kendall (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Tel: (214) 744-3000
E: jkendall@kendalllawgroup.com

*Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 13, 2026 a true and correct copy of the foregoing Motion for Preliminary Approval of a Class Action Settlement was filed with the Court by electronic filing protocols and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

*/s/ Oren Faircloth*
Oren Faircloth